IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SHERILYN SMITH,

           Petitioner/Movant,

v.                                   CIVIL ACTION NO.  3:04-0537
                                   (Criminal No. 3:02-00121-02)

UNITED STATES OF AMERICA,

           Respondent.

**ORDER**

      This action was referred to the Honorable Maurice G. Taylor, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court **DENY** the Movant's Motion to Vacate, Set Aside and Correct Sentence, filed pursuant to § 2255.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      The failure to object to a magistrate judge's report may be deemed a waiver on appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983); *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear error on the face of the record.  Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and

recommendations. The court **DENIES** the Movant's Motion to Vacate, Set Aside and Correct Sentence [Docket 107], **DISMISSES** this action from the docket, and **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party. The remaining Motion for Order to Show Cause [Docket 137], and Motion for Copy of Complete File and Docket Sheet [Docket 144] are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　　　September 18, 2007

_____
Joseph R. Goodwin, Chief Judge